Catherine O'Hagan Wolfe
Clerk of Court
US Court of Appeals Second Circuit
40 Foley Sq.
New York, NY 10007

September 11, 2025

Subject: Appeal
Dkt# 25-555

I'm writing in regards to an order that was given on or about September 4, 2025 Dismissing my Appeal for lack of Jurisdiction and the final order from the District Court.

This appeal was granted leave by both the District Court and this Court. The contradictory nature of this denial is prejudicial towards Plaintiff and his claims. I've taken all necessary steps to move forward in litigation.

Please see attached as it is hardcopy of the letter(s) I sent on behalf of this Order/Dismissal to the Respected Honorable Judges.

Plaintiff seeks for the court to Re-open his appeals and hear his arguments on record.

Thank you for your consideration herein.

Respectfully submitted,


Gabino Genao- 22B1480
Greenhaven Corr. Fac.
594 Rt 216
Stormville, NY 12582

New York Southern District
Pro Se Intake Unit
500 Pearl St.
New York, NY 10007

September 10, 2025

Docket #: 24-CV-02077
Subject: Appeal


I'm writing in the best interest of Justice. I was granted leave to appeal from the order and decision dated on or about January 16, 2025. The decision was based on a complaint I filed arguing the unlawful General Release from another case prohibiting me from moving forward in this action.

I received correspondence on September 9, 2025 from the Court of Appeals explaining that my appeal was DISMISSED due to lack of jurisdiction and a final decision was not entered from the District Court. This is out of my control and is gravely prejudicing me.

Plaintiff requests the court to forward all final orders/decisions to the Court of Appeals in order to properly litigate this appeal. This is unjustly causing a delay.

Thank you for your consideration herein


Respectfully Submitted,

Gabino Genao- 22B1480
Greenhaven Corr. Fac.
594 Rt 216
Stormville, NY 12582

Vito Gerao-22B480
394 Rt 216
Stormville, NY 12582

9589 0710 5270 0090 4734 44

U.S Court of Appeals
Clerk of Court
40 Foley St
New York, NY 10007

10007-156199

U.S. POSTAGE PAID
FCM LETTER
LINDEN, NJ 07036
SEP 15, 2025
$6.08
S2324P507514-15