MANDATE

S.D.N.Y. – N.Y.C.
20-cv-10563
Daniels, J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-five.

Present:

Debra Ann Livingston,
*Chief Judge,*
José A. Cabranes,
Steven J. Menashi,
*Circuit Judges*.

---

Gabino Genao,

*Plaintiff-Appellant*,

v. 25-555

J. Dwyer, ID Investigator, et al.,

*Defendants-Appellees*,

Capt. Rivera, et al.,

*Defendants*.

---

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/11/2025